# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JULIO ESPINOZA PRECIADO, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, <br><br> Respondent. | Case No. CV 24-02663-DSF (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is granted and that Judgment be entered denying the Petition without prejudice for failure to exhaust administrative remedies and mootness.

Date: November 21, 2024

DALE S. FISCHER
United States District Judge